UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 05-1528(DWF)
CRIMINAL NO. 02-88(DWF)

| | | |
|---|---|---|
| RAMON LOUIS RIVERA, | ) | |
| | ) | |
| Petitioner, | ) | REASSIGNMENT OF |
| | ) | CIVIL CASE |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The following civil case has been reassigned as follows:

Civil No.

05-1528(DWF)

Petitioner's Name

RAMON LOUIS RIVERA

Remove AUSA

Lisa A. Biersay

Add AUSA

Joseph T. Dixon, III

Dated: August 4, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ James Lackner

BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID Number 59298