# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, I served, or caused to be served, the following documents:

**GOVERNMENT'S MOTION TO DISMISS RIVERA'S HABEAS MOTION PURSUANT TO 28 U.S.C. SECTION 2255**

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Ramon Louis Rivera, Pro Se
Reg. No. 10824-041
FCI Oxford
P.O. Box 1000
Oxford, WI 53952

THOMAS B. HEFFELFINGER
United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Chief Litigative Assistant