**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff-Respondent,

v.

Ramon Louis Rivera,

Petitioner-Defendant.

Criminal No. 02-88(2) (DWF/AJB)
Civil No. 05-1528 (DWF)

**ORDER**

---

Joseph T. Dixon, III, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff-Respondent.

Ramon Louis Rivera, *Pro Se*, Petitioner-Defendant.

R. J. Zayed, Esq., Carlson Caspers Vandenburgh & Lindquist, counsel for Petitioner-Defendant.

---

This matter is before the undersigned United States District Judge on Petitioner Ramon Louis Rivera's ("Petitioner-Defendant") petition to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255. However, Petitioner-Defendant's petition is entirely devoid of any basis for relief or a showing of prejudice. The Government opposes Petitioner-Defendant's petition.

## BACKGROUND

On June 27, 2003, the Court sentenced Petitioner-Defendant to 168 months. Petitioner-Defendant appealed his conviction and sentence, which was affirmed by the Eighth Circuit Court of Appeals on June 3, 2004. *United States v. Rivera*, 370 F.3d 730 (8th Cir. 2004). Petitioner-Defendant did not file a petition for writ of certiorari with the Supreme Court. On July 25,

2005, Petitioner-Defendant filed this habeas petition to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255.

**DISCUSSION**

In a 28 U.S.C. § 2255 petition, the burden of proof is on the Petitioner-Defendant, although liberally construed, to show that his sentence must be vacated. *Cassidy v. United States*, 428 F.2d 585, 587 (8th Cir. 1970).

In the petition before the Court, Petitioner-Defendant entirely fails to state any claim upon which relief may be granted as well as relief he is seeking. Although the threshold is low, at a minimum, Petitioner-Defendant must allege sufficient facts to establish some kind of constitutional claim. *Wiggens v. Lockhart*, 825 F.2d 1237, 1238 (8th Cir. 1987). Petitioner-Defendant has not done so. Without explanation, Petitioner-Defendant's application is blank in the section where his grounds for habeas relief and supporting facts are generally set forth. Even though Petitioner-Defendant is admittedly entitled to a liberal reading of his pleadings, there is nothing alleged by him in his motion for the Government or this Court to evaluate. For this reason alone, at least on the record before the Court, Petitioner-Defendant's § 2255 petition must be dismissed.

Based upon the presentations and submissions of the parties, the Court having carefully reviewed the record and pleadings in this matter, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1. Petitioner-Defendant Ramon L. Rivera's petition to vacate, set aside, or correct his sentence is respectfully **DENIED**.

Dated: February 3, 2006

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court